UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS BERNARD GAGGER,

    Petitioner,

-vs-                                  Case Nos.  5:05-cv-241-Oc-10GRJ
                                                                  5:03-cr-29-Oc-10GRJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER DENYING PETITION**

Based upon his plea of guilty pursuant to a written plea agreement, the Defendant was sentenced on May 20, 2004, to a commitment term of 151 months for the offense of distributing cocaine base or "crack" cocaine. 21 USC § 841(a)(1). At sentencing, the Defendant was determined to be a career offender under U.S.S.G. § 4B1.1 placing him in a total enhanced offense level of 29, criminal history category VI, with a sentencing range of 151 to 188 months. The commitment term of 151 months was a low end sentence. There were no objections to the presentence report or to the application of the guidelines to the case, and no appeal was taken.

The Petitioner/Defendant has now filed a timely motion under 28 USC § 2255 challenging his sentence. He says that (1) the career offender enhancement, not specifically alleged in the indictment, violated his Sixth Amendment rights under the Apprendi/Blakely/Booker-Fanfan decisions; and (2) that his lawyer was ineffective for not raising this point and/or not taking an appeal on that ground.

The petition is without merit.  <u>Booker</u> is inapplicable to cases on collateral review.  <u>Varela v. United States</u>, 400 F.3d 864 (11th Cir. 2005).  Besides, the Defendant waived this claim when he expressly acknowledged in his written plea agreement (Doc. 18, paragraph 6) that he might qualify as a career offender.

His lawyer was not ineffective for failure to raise a baseless claim, or for not taking an appeal.  The petition does not allege that the Petitioner requested an appeal; and, moreover, his plea agreement waived his right to appeal (Doc. 18, paragraph 5) except under certain circumstances not applicable here.

The Clerk is directed to enter judgment denying the petition with prejudice.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 22nd day of June, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies to:   Curtis Bernard Gagger, pro se
             Counsel of Record
             Maurya McSheehy