UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS BERNARD GAGGER,

    Petitioner,

-vs-                                        Case Nos.  5:05-cv-241-Oc-10GRJ
                                                                      5:03-cr-29-Oc-10GRJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

The Petitioner previously filed a motion pursuant to 28 USC § 2255 attacking his sentence, which the Court denied with prejudice by its Order entered June 23, 2005 (Doc. 4).  The case now comes before the Court for consideration of the Petitioner's Request for a Certificate of Appealability (Doc.9).

Pursuant to 28 USC § 2253(b) and Federal Rule of Appellate Procedure 22(b)(1), the Court must either issue a certificate of appealability or state why a certificate should not issue.  Upon due consideration, and for the reasons stated in the Court's Order of June 23, 2005 (Doc. 4) denying the Petitioner's motion pursuant to 28 USC § 2255, the Court finds that the Petitioner has not made a substantial showing of the denial of a constitutional right.  As such, the Petitioner's application for a certificate of appealability

(Doc. 9) is DENIED, and the Petitioner's Motion for Leave to Proceed on Appeal in forma pauperis (Doc. 9) is DENIED as moot.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida, this 23rd day of August, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Curtis Bernard Gagger, pro se
              Counsel of Record
              Maurya McSheehy